## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | § | |
|---|---|---|
| ELITE GAMING TECH LLC, | § | Case No. 2:23-cv-00191-JRG |
| | § | |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| | § | |
| v. | § | |
| | § | |
| WISTRON CORPORATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## MOTION FOR ISSUANCE OF LETTERS ROGATORY FOR
## SERVICE OF PROCESS ON DEFENDANT WISTRON CORPORATION

Pursuant to Federal Rule of Civil Procedure 4(h)(2) and 4(f)(2)(B), Plaintiff Elite Gaming Tech LLC ("EGT") respectfully requests that this Court issue a Request for Judicial Assistance ("Letters Rogatory") (attached as **Exhibit A**), addressed to the appropriate judicial authority in Taiwan, requesting that the Taiwanese authority assist in effectuating service of process upon Defendant Wistron Corporation ("Wistron").

EGT filed its Complaint against Wistron on April 24, 2023. **Dkt. No. 1**. This Court thereafter issued a Summons as to Wistron on April 25, 2023. **Dkt. No. 7**. Upon information and belief, Wistron is a publicly listed company with an address of No. 158 Singshan Rd. Neihu, Taipei, Taipei City, TW-11469, Taiwan. Accordingly, EGT respectfully requests that this Court issue Letters Rogatory seeking the assistance of the Taiwanese authority in effecting service of the Summons and Complaint upon Wistron.

EGT respectfully requests that the Court return (a) the original copy of the signed and issued Letters Rogatory, and (b) two certified copies, to the undersigned counsel. The United States Department of State will oversee transmission of the Letters Rogatory to Taiwan through

diplomatic channels as provided in 28 U.S.C. § 1781(a)(2).  EGT will reimburse this Court for any expenses incurred in connection with the issuance and return of the Letters Rogatory.  EGT has retained the services of Process Service Network, LLC, located at 24329 Main Street, Suite 220, Newhall, CA 91321, to ensure delivery of material and fees in accordance with United States and Taiwanese procedure.

Dated:  June 6, 2023                              Respectfully submitted,

 /s/ *Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
51 J.F.K. Parkway
Short Hills, New Jersey 07078
Telephone: (201) 341-9445
Facsimile (973) 535-0921

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670

Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFF***
***ELITE GAMING TECH LLC***